IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20105
Conference Calendar

_____


TED LAWRENCE ROBERTSON,

                                        Plaintiff-Appellant,


versus


THE CITY OF SUGAR LAND;
THE SUGAR LAND POLICE DEPARTMENT;
THERON RUNNELS, Officer,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CV-188
- - - - - - - - - -
October 21, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

     Ted Lawrence Robertson appeals the dismissal of his 42

U.S.C. § 1983 action as barred by the relevant statute of

limitations.  Robertson's original complaint, which he filed on

January 19, 1995, alleged that on February 8, 1992, the

defendants unlawfully arrested him, falsely imprisoned him, and

illegally searched his home, car, truck, and person, thereby

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

violating his civil rights.  The limitations period for filing suit on Robertson's claims began to run on February 8, 1992, and ended on February 9, 1994.  See Rodriquez v. Holmes, 963 F.2d 799, 803 (5th Cir. 1992).  The district court did not err by dismissing Robertson's § 1983 action as barred by the statute of limitations.

Robertson's motion for summary judgment is DENIED.

AFFIRMED.